**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-7614**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KITANTE LONDON, a/k/a Keith, a/k/a Bone,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Cameron McGowan Currie, District Judge.  (3:03-cr-000645)

———————

Submitted: November 15, 2006        Decided: November 27, 2006

———————

Before WIDENER, WILKINSON, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Kitante London, Appellant Pro Se.  Mark C. Moore, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kitante London appeals a district court order denying his motion to reopen sentencing. We have reviewed the district court's order and the record and affirm for the reasons cited by the district court. See United States v. London, No. 3:03-cr-000645 (D.S.C. filed Aug. 29, 2006; entered Aug. 30, 2006). We grant London's motion for leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED